# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT WESLEY KAFATIA,<br><br>    Petitioner,<br><br>    v.<br><br>GILKEY, Warden,<br><br>    Respondent.<br>_____ | Case No. CV 11-9090-CJC (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that respondent's Motion to Dismiss is granted, and that Judgment be entered denying the Petition for Writ of Mandate, denying the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 and dismissing this action with prejudice.

DATED: May 31, 2012

                                                _____
                                                HONORABLE CORMAC J. CARNEY
                                                UNITED STATES DISTRICT JUDGE