JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENT WESLEY KAFATIA, | ) | Case No. CV 11-9090-CJC (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| GILKEY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition for Writ of Mandate and the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 are denied, and this action is dismissed with prejudice.

Dated: May 31, 2012

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE